HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LVB-OGDEN MARKETING, CORPORATION,

  Plaintiff,

v.

BINGO INVESTMENTS, LLC,

  Defendants,

JP MORGAN CHASE BANK, N.A.,

  Garnishee.

No. 2:19-mc-00023-TSZ

**NOTICE OF DISMISSAL AND ORDER**

**NOTICE OF DISMISSAL AND ORDER**
No. 2:19-mc-00023-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

1       Plaintiff-Petitioner LVB-Ogden Marketing LLC ("LVB"), by and through its undersigned

2 counsel, hereby submits this notice of dismissal without prejudice of the above-captioned

3 miscellaneous proceeding. A proposed order is being filed herewith. Garnishee is directed by

4 Plaintiff, under the authority of Chapter 6.27 RCW, to fully release the writ of garnishment issued

5 in this cause, and is relieved of its obligation to withhold funds or property of the Defendant

6 pursuant to that writ.

DATED: June 11, 2019

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600 Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

*Attorney for Plaintiff*

**NOTICE OF DISMISSAL AND ORDER** – 1
No. 2:19-mc-00023-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

**ORDER**

Pursuant to the Notice of Dismissal filed by Plaintiff-Petitioner LVB-Ogden Marketing Corporation ("LVB"), the above-captioned miscellaneous proceeding is hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED this 12th day of June, 2019.

_____
Thomas S. Zilly
United States District Judge

**NOTICE OF DISMISSAL AND ORDER** – 2
No. 2:19-mc-00023-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600